UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARILYN E. BUANNO,

                          Petitioner,

                                              No. 04-CV-443
                    v.                           (FJS/VEB)

SUPERINTENDENT, BEDFORD HILLS
CORRECTIONAL FACILITY,

                          Respondent.
_____


APPEARANCES:                      OF COUNSEL:

Marilyn E. Buanno
Petitioner, Pro Se
555 Route 349
Gloversville, NY   12078


Office of the Attorney General    Alyson J. Gill, Esq.
  of the State of New York        Asst. Attorney General
For the Respondent, Superintendent
of Bedford Hills Correctional Facility.
120 Broadway
New York, NY   10271


**FREDERICK J. SCULLIN, S.J.:**


### DECISION AND ORDER

     The above-captioned matter has been presented to me by the

Report-Recommendation of Magistrate Judge Victor E. Bianchini

filed on November 8, 2007, and the Court has reviewed the Report-

Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation have been filed. The

Court, on October 15, 2007, ordered the Petitioner to comply with

Local Rule 10.1(b) and provide this Court with her current address within fifteen (15) days of the date of the Order or her Petition would be dismissed pursuant to Local Rule 41.2(b), (Docket No. 30). Twenty-four (24) days have passed since the date of the Order, and Petitioner has failed to provide this Court with her current address.  Accordingly, the Court hereby

**ORDERS,** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed November 8, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS,** that petitioner's habeas corpus petition is **DENIED** and **DISMISSED,** and the Court further

**ORDERS,** that the Clerk of the Court is to enter judgment in favor of the Respondent and **close** this case.


**IT IS SO ORDERED.**

DATED: December 5, 2007
        Syracuse, New York


_____

Frederick J. Scullin, Jr.
Senior United States District Court Judge